IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DARRISSA BROWN,<br>    Plaintiff,<br><br>v.<br><br>MERITAGE HOSPITALITY GROUP, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02972-SHL-tmp |

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE REAL PARTY IN INTEREST AND EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

Before the Court is the Parties' Joint Motion to Substitute Real Party in Interest and Extend Deadline to File Responsive Pleading, filed January 6, 2026. (ECF No. 14.) The Parties state that the correct defendant in this case is Wen Tennessee, LLC, and request that Meritage Hospitality Group, Inc., be dismissed without prejudice. (Id. at PageID 28.) The Parties further seek to extend the deadline for Wen Tennessee, LLC, to respond to Plaintiff Darrissa Brown's complaint from January 9 to February 6. (Id.)

District courts may "drop a misjoined party pursuant to Rule 21 absent an abuse of discretion." Letherer v. Alger Group, L.L.C., 328 F.3d 262, 267 (6th Cir. 2003), overruled on other grounds. Under Rule 15, a party "may amend its pleading once as a matter of course no later than 21 days after serving it, or[,] if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading." Fed. R. Civ. P. 15(a)(1). Because no answer has yet been filed, Brown may amend her complaint to name the correct defendant.

Although the Court previously warned Meritage that it would receive no further extensions, it is appropriate to extend the deadline for Wen Tennessee, LLC, a party newly named in this action.

Thus, for good cause shown, the Motion is **GRANTED**. Going forward, the style of the case shall be <u>Darrissa Brown v. Wen Tennessee, LLC</u>. Meritage Hospitality Group, Inc., having been mistakenly named, is no longer a party to this action.

Brown is **ORDERED** to serve the complaint and this Order on Wen Tennessee, LLC, within fourteen days of entry of this Order. Service must comply with Rule 4(h) of the Federal Rules of Civil Procedure. Wen Tennessee, LLC, must respond to the complaint by February 6, 2026.

**IT IS SO ORDERED,** this 7th day of January, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE